UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brenda Bansale, on behalf of herself
and all others similarly situated, and
Robert Bansale,

    Plaintiffs,

v.

New England Compounding
Pharmacy, Inc.

    Defendant.
_____/

Assigned To : Cleland, Robert H.
Assign. Date : 12/14/2012

Case No. 12-14559

Honorable Sean F. Cox

## ORDER REGARDING DISQUALIFICATION OF JUDGE

On October 15, 2012, Plaintiffs filed this action against Defendant New England Compounding Pharmacy, Inc. ("New England"). This action, Case No. 12-14559, was then assigned to this Court. Plaintiffs' Counsel in this action is Marc Lipton, of the Lipton Law Center, and Alyson Oliver.

Several other similar actions were then filed against New England in the Eastern District of Michigan. Because this Court had the lowest case number, this Court accepted several such cases as companion cases. Thereafter, Geoffrey Fieger, an attorney representing Plaintiffs in all of the companion cases that were reassigned to this Court, filed motions asking this Court to recuse itself pursuant to 28 U.S.C. § 144 and/or § 455. (*See, e.g.* Docket Entry No. 6 in Case No. 12-14857, Docket Entry No. 6 in Case No. 12-14822, and Docket Entry No. 6 in Case No. 12-15238). Having considered those motions, the Court shall exercise its discretion and recuse itself, pursuant to 28 U.S.C. § 455, from all of the cases against New England that are currently

assigned to this Court:

1) Case No. 12-14559

2) Case No. 12-14581

3) Case No. 12-14822

4) Case No. 12-14824

5) Case No. 12-14856

6) Case No. 12-14857

7) Case No. 12-15083

8) Case No. 12-15084

9) Case No. 12-15237

10) Case No. 12-15238

IT IS HEREBY ORDERED that the above matters be reassigned by blind draw to another judge of this court.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: December 14, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 14, 2012, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager