# Exhibit 1

# B Bowman and Brooke LLP

**Fax Cover Sheet**

41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
Phone: 248.205.3300
Fax: 248.205.3399
www.bowmanandbrooke.com

**Date:** 11/9/2012

**To:** Alyson Oliver          **Fax:** 248.436.3385

**From:** David L. Campbell

**Number of Pages (Including Coversheet):** 2

If you do not receive all pages, please contact us immediately.

         Hard copy will follow by U.S. Mail
         Hard copy will follow by overnight delivery
  ⇒ Hard copy will not be sent

**Client/Case Name:** *Brenda Bansale v New England Compounding Center*

**Client Number:**

**Matter Number:**

**Special Instructions:** Please see attached correspondence.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

| MINNEAPOLIS | PHOENIX | DETROIT | SAN JOSE | |
|---|---|---|---|---|
| LOS ANGELES | RICHMOND | COLUMBIA | DALLAS | AUSTIN |

 **Bowman and Brooke** LLP

*Attorneys at Law*

41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
Phone: 248.205.3300
Fax: 248.205.3399
www.bowmanandbrooke.com

David L. Campbell
Direct: 248.205.3326
Admitted in Michigan and Ontario, Canada
Email:david.campbell@bowmanandbrooke.com

<u>**VIA FACSIMILE 248.436.3385**</u>

November 9, 2012

Alyson Oliver
Oliver Law Group, P.C.
950 W. University Drive
Suite 200
Rochester, MI 48307

      Re:    *Brenda Bansale v. New England Compounding Center*
            Case No.: 12-cv-14559

Dear Ms. Oliver:

      This confirms that you have granted New England Compounding Center a 30 day extension to file its first responsive pleading in this action. My client must now respond by <u>December 12, 2012.</u> As we discussed, you have also agreed to revisit the need for further extensions as the new filing deadline approaches. Your professional courtesy in this regard is greatly appreciated.

                      Very truly yours,

                      **BOWMAN AND BROOKE LLP**

                      David L. Campbell

DLC/jlb

MINNEAPOLIS        PHOENIX        **DETROIT**        SAN JOSE

LOS ANGELES        RICHMOND        COLUMBIA        DALLAS        AUSTIN