# Exhibit 2



**Bowman and Brooke** LLP
Attorneys at Law

41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
Phone: 248.205.3300
Fax: 248.205.3399
www.bowmanandbrooke.com

David L. Campbell
Direct: 248.205.3326
Admitted in Michigan and Ontario, Canada
Email:david.campbell@bowmanandbrooke.com

December 12, 2012

**VIA E-CORRESPONDENCE**

Marc E. Lipton
Lipton Law
18930 W 10 Mile Rd
Southfield, MI 48075

Re:  *Brenda Bansale v. New England Compounding Center*
     Case No.: 12-cv-14559

Dear Mr. Lipton:

This confirms that you have granted New England Compounding Center an extension to file its first responsive pleading in this action. My client must now respond by December 17, 2012. Your professional courtesy in this regard is greatly appreciated.

Very truly yours,

BOWMAN AND BROOKE LLP

David L. Campbell

DLC/jlb

1949587-EA 1

MINNEAPOLIS   PHOENIX   **DETROIT**   SAN JOSE
LOS ANGELES   RICHMOND   COLUMBIA   DALLAS   AUSTIN