UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA BANSALE, On Behalf of Herself and All Others Similarly Situated and ROBERT BANSALE Vs. NEW ENGLAND COMPOUNDING PHARMACY, INC.,
Case No.: 2:12-cv-14559-RHC-PJK

MOTION OF DEFENDANT NEW ENGLAND COMPOUNDING PHARMACY, INC. TO STAY ALL PROCEEDINGS PENDING RULING ON MOTION FOR TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## INDEX OF EXHIBITS

A. Class Action Complaint

B. Brenda and Robert Bansale's Motion for Transfer of Actions to the District of Minnesota Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings

C. United States Judicial Panel on Multidistrict Litigation's Notice of Hearing set for January 31, 2013

1954538-EA 1