UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA BANSALE, On Behalf of Herself and All Others Similarly Situated, and ROBERT BANSALE, <br><br>  Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., <br><br>  Defendant. | Case No.: 2:12-cv-14559-RHC-PJK |

**NOTICE OF STAY BY REASON OF BANKRUPTCY**

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

**BOWMAN AND BROOKE LLP**

BY:   /s/ David L. Campbell
  DAVID L. CAMPBELL (P66287)
  CARMEN M. BICKERDT  (P62874)
  Attorneys for New England Compounding
   Pharmacy, Inc.
  41000 Woodward Avenue, Suite 200 East
  Bloomfield Hills, MI 48304
  (248) 205-3300
  david.campbell@bowmanandbrooke.com
  carmen.bickerdt@bowmanandbrooke.com

1956968-EA 1

## CERTIFICATE OF SERVICE

I certify that on December 26, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel of record.

**BOWMAN AND BROOKE LLP**

BY:  /s/ David L. Campbell
DAVID L. CAMPBELL (P66287)
CARMEN M. BICKERDT  (P62874)
Attorneys for New England Compounding
 Pharmacy, Inc.
41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
(248) 205-3300
david.campbell@bowmanandbrooke.com
carmen.bickerdt@bowmanandbrooke.com